UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TONY B. JACKSON,
    *Plaintiff*,

v.

CITY OF MERIDEN, *et. al.*,
    *Defendants*.

No. 3:18-cv-1883 (VAB)

## ORDER OF DISMISSAL

Tony B. Jackson seeks to proceed *in forma pauperis*. Motion for Leave to Proceed In Forma Pauperis, ECF No. 2. On November 20, 2018, the Court issued a Notice of Insufficiency informing Mr. Jackson of deficiencies in his motion to proceed *in forma pauperis* that needed to be corrected before the Court could consider his motion. Notice to petitioner re: Insufficiency, ECF No. 6. In the notice, Mr. Jackson was notified that if the deficiencies were not corrected before December 11, 2018, his Complaint would be dismissed. *Id.* Upon notice that Mr. Jackson had been released from prison, the Court sent a copy of the order to his new address.

To date, Mr. Jackson has neither corrected the deficiencies nor sought an extension of time within which to do so.

Accordingly, the complaint is **DISMISSED** without prejudice. Mr. Jackson may move to reopen this case if submits the required documents and demonstrates good cause for failing to comply with the notice of insufficiency.

The Clerk is directed to close this case.

**SO ORDERED** at Bridgeport, Connecticut, this 26th day of April 2019.

                                       /s/ Victor A. Bolden
                                       VICTOR A. BOLDEN
                                       UNITED STATES DISTRICT JUDGE